IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN, # 145609, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 3:19cv1077-WHA-JTA |
| ) | (WO) |
| PATRICE JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On January 7, 2020, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED for lack of jurisdiction because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

A final judgment will be entered separately.

DONE this 28th day of January, 2020.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE